# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01041-RTG

ABSARI HADGU BERHE,

      Applicant,

v.

TODD LYONS, Acting Director of ICE,
ROBERT HAGAN, the AFODI,
JUAN BALTAZAR, Warden, and
PAMELA BONDI, the Attorney General,

      Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

On March 16, 2026, the Court issued an Order Directing Applicant to Cure Deficiencies (ECF No. 3). Applicant has not cured the designated deficiency as directed within the time allowed. Applicant is advised that if he wishes to pursue his claims in this action, he must use the court-approved form for filing an **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** within **14 days** from the date of this minute order. Failure to comply will result in dismissal of this action without further notice.

The **clerk of the court** shall send a copy of the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form to Applicant, along with a copy of this minute order.

Dated:  April 17, 2026