IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01041-RTG

ABSARI HADGU BERHE,

      Applicant,

v.

TODD LYONS, Acting Director of ICE,
ROBERT HAGAN, the AFODI,
JUAN BALTAZAR, Warden, and
PAMELA BONDI, the Attorney General,

      Respondents.

---

**ORDER OF DISMISSAL**

---

Applicant, a detainee at an immigration detention facility in Aurora, Colorado, initiated this *pro se* action on March 13, 2026, by submitting to the Court a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paying the filing fee. (*See* ECF No. 1).

On March 16, 2026, Magistrate Judge Richard T. Gurley entered an Order Directing Applicant to Cure Deficiencies (ECF No. 3). Specifically, Applicant was ordered to submit his claims on the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form. (*Id.*). Magistrate Judge Gurley warned Applicant that failure to cure this filing deficiency within 30 days would result in dismissal of this action without prejudice and without further notice. (*Id.*).

1

On April 17, 2026, Magistrate Judge Gurley issued a minute order (ECF No. 4) granting Applicant an extension of time to cure this deficiency within fourteen (14) days from the date of the minute order. Magistrate Judge Gurley again advised Applicant that if he failed to comply as directed within the time allowed, the action will be dismissed without further notice. (*Id.*). Finally, Magistrate Judge Gurley instructed the Clerk of the Court to mail the correct form to Applicant. (*Id.*).

Although he was given multiple opportunities to cure the designated filing deficiency in this action, Applicant has now failed to comply, and the time to do so has expired. Therefore, the action will be dismissed without prejudice. Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Applicant's failure to comply with Court orders to cure all designated filing deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal, he must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED May 8, 2026, at Denver, Colorado.

BY THE COURT:

/s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2